## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**WANDA CHARNOCK**

       **Plaintiff,**

     **v.**

       **Case No. 2:14-cv-472**

       **CHIEF JUDGE EDMUND A. SARGUS, JR.**

       **Magistrate Judge Elizabeth Preston Deavers**

**ROGER D. ANDERSON, et al.**

       **Defendants.**

### ORDER

Pending before the Court is the Plaintiff's unopposed motion for the Court to approve an executed settlement agreement between the parties (ECF No. 44, Ex. 1). The motion and agreement are approved.

     **IT IS SO ORDERED.**

    3-25-2016

**DATED**

                             **EDMUND A. SARGUS, JR.**

                             **UNITED STATES DISTRICT CHIEF JUDGE**